1
2
3
4
5
6                       UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
7                                    AT SEATTLE

8    UNITED STATES OF AMERICA,

9                          Plaintiff,            CASE NO. 19-74 RSL

10              v.                               **DETENTION ORDER**

11   MATTHEW BURNS,

12                         Defendant.

13          The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and concludes

14   there are no conditions which the defendant can meet which would reasonably assure the

15   defendant's appearance as required or the safety of any other person and the community.

16        **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

17          Defendant made an initial appearance and pleaded guilty to conspiracy to distribute a

18   controlled substance. Defendant has an extensive criminal history. The current offense occurred

19   while defendant was on active federal supervised release and defendant is currently pending

20   disposition in that matter. When defendant was arrested he was in possession of numerous

21   firearms and large sums of cash.

22          It is therefore **ORDERED**:

23

DETENTION ORDER - 1

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 18th day of April, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge