**1**

**2**

**3**

**4**

**5**

**6**       UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF WASHINGTON
**7**                    AT SEATTLE

**8**

**9** UNITED STATES OF AMERICA,          Case No. 2:19-CR-074-RSL

          Plaintiff,
**10**
                                        **ORDER GRANTING**
**11**        vs.                         **MOTIONS TO WITHDRAW**
                                        **COUNSEL**
**12** MATTHEW GORDON BURNS,

          Defendant.
**13**

**14**
          This matter comes before the Court on defendant's "Motion to Withdraw"
**15**
   (Dkt. #21) and "Motion to Remove Attorney" (Dkt. #23).  Defendant requests entry of an
**16**
   order permitting retained counsel Gilbert H. Levy to withdraw.  Id.  Defendant's motions
**17**
   (Dkt. #21 and 23) are GRANTED.
**18**
          The Court also notes defendant's request to withdraw his guilty plea as accepted
**19**
   by the Court on May 3, 2019.  Dkt. #18 and 23.  The Court declines to rule on this
**20**
   request prior to defendant retaining new counsel.
**21**
   //
**22**
   //
**23**


   ORDER GRANTING MOTIONS
   TO WITHDRAW COUNSEL - 1

1    DATED this 24th day of September, 2019

2

3                                          _MMT S Lasnik_
                                           Robert S. Lasnik
4                                          United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23