Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MATHEW GORDON BURNS, <br><br> Defendant. | No. CR 19 – 074 RSL <br><br> ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL |

Defendant's motion for substitution of counsel came on regularly for hearing, and, the Court being fully advised, grants the motion.

IT IS THEREFORE ORDERED that appointed attorney Robert Gombiner is permitted to withdraw, and attorney Stephan R. Illa is substituted in his place as defendant's retained counsel of record effective this date.

ORDERED this 12th day of November, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge