Hon. Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW BURNS,<br><br>    Defendant. | No. CR 19 – 074 RSL<br>     CR 07 - 282 RSL<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TIME FOR FILING REPLY IN SUPPORT OF HIS MOTION TO WITHDRAW GUILTY PLEA [Docket 55] |

Defendant's unopposed motion to continue time for filing reply in support of motion to withdraw guilty plea came on for hearing, and, the Court being fully advised, grants the motion;

IT IS THEREFORE ORDERED that the defendant's reply in support of his motion to withdraw guilty plea [Docket 55] shall be filed on or before June 22, 2020.  The Clerk of Court shall renote defendant's motion to withdraw guilty plea on the Court's calendar for Friday, June 26, 2020.

ORDERED this 8th day of June, 2020.

*[signature: Robert S. Lasnik]*

Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TIME FOR FILING REPLY IN SUPPORT OF HIS MOTION TO WITHDRAW GUILTY PLEA [Docket 55] – 1

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
POST OFFICE BOX 10033
BAINBRIDGE ISLAND, WA 98110
(206) 817-4142

1  Presented by:

2  LAW OFFICES OF STEPHAN R. ILLA

3

4  Stephan R. Illa
   WSBA No. 15793
   Attorney for Defendant

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO CONTINUE TIME FOR FILING REPLY IN
SUPPORT OF HIS MOTION TO WITHDRAW GUILTY
PLEA [Docket 55] – 2

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
POST OFFICE BOX 10033
BAINBRIDGE ISLAND, WA 98110
(206) 817-4142