Hon. Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MATTHEW BURNS,<br><br>  Defendant. | No. CR 19 – 074 RSL<br>No. CR 07 – 282 RSL<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR VIDEO SENTENCING HEARING |

DEFENDANT's motion for a video sentencing hearing came on for hearing, and, being fully advised, the Court finds, pursuant to General Order 04-20, that the sentencing in this case cannot be further delayed without serious harm to the interests of justice, and therefore GRANTS the motion;

IT IS THEREFORE ORDERED: A video sentencing hearing before this Court is hereby set for **February 10, 2021 at 11:00 a.m.**

DATED February 2, 2021.

*[signature]*

Hon. Robert S. Lasnik
United States District Court Judge

ORDER GRANTING DEFENDANT'S MOTION
FOR VIDEO SENTENCING HEARING – 1

LAW OFFICES OF STEPHAN R. ILLA, P.S.
P.O. BOX 10033
BAINBRIDGE ISLAND, WA 98110
(206) 817-4142