THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MATTHEW GORDON BURNS,<br>Defendant. | No. CR19-074-RSL<br><br>ORDER TO SEAL EXHIBIT |

THE COURT has considered Matthew Burns's Motion to Seal Exhibit 1 and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Exhibit 1 be filed under seal.

DATED this 6th day of August, 2026.

Robert S. Lasnik
United States District Judge



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**